# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**769.1**
**CAF 12-02131**
PRESENT: CENTRA, J.P., PERADOTTO, SCONIERS, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF PAMELA A. BROWN,
PETITIONER-RESPONDENT,

V                                                    MEMORANDUM AND ORDER

RALPH PATTERSON, RESPONDENT-APPELLANT.
(APPEAL NO. 3.)

---

DAVID J. PAJAK, ALDEN, FOR RESPONDENT-APPELLANT.

SANDRA FISHER SWANSON, ATTORNEY FOR THE CHILDREN, AUGUSTA, GEORGIA.

--------------------------------------------------------------------------------

Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered November 2, 2012 in a proceeding pursuant to Family Court Act article 6. The order denied the motion of respondent to vacate orders of supervised visitation.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same Memorandum as in *Matter of Brown v Patterson* ([appeal No. 1] ___ AD3d ___ [July 5, 2013]).

Entered: July 5, 2013                          Frances E. Cafarell
                                               Clerk of the Court